1

2                        UNITED STATES DISTRICT COURT

3                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                              OAKLAND DIVISION

5

6    KAMLESH BANGA,                          Case No:  C 10-00975 SBA

7                  Plaintiff,                **ORDER**

8          vs.                               [Docket Nos. 36, 38]

9    FIRST USA, N.A. et al.,

10                Defendants.

11

12         On May 24, 2010, Plaintiff filed a "Motion for Referral to Federal Pro Bono Project."

13   (Docket No. 36.)  On June 11, 2010, Plaintiff filed a "Second Motion for Referral to Federal Pro

14   Bono Project."  (Docket No. 38.)  Plaintiff bases her motions on the assertion that she "has made

15   reasonable efforts to retain an attorney but due to limited financial resources she is unable to retain

16   the attorney."  (Docket No. 36.)

17         Plaintiff has not provided any specific information regarding her financial condition, other

18   than to assert that her financial resources are "limited."  Moreover, Plaintiff has not provided any

19   specific information regarding her efforts to retain private counsel, including, but not limited to,

20   attempts to locate counsel through a California State Bar approved lawyer referral service.  As

21   such, Plaintiff has not made a showing that her case warrants pro bono representation.

22         Accordingly,

23         IT IS HEREBY ORDERED THAT Plaintiff's Motion for Referral to Federal Pro Bono

24   Project and Second Motion for Referral to Federal Pro Bono Project are DENIED without

25   prejudice.

26         This Order terminates Docket Nos. 36 and 38.

27         ///

28         ///

1       IT IS SO ORDERED.

2 Dated:  6/23/10

3                                  SAUNDRA BROWN ARMSTRONG

4                                  United States District Judge

1

2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4
   BANGA et al,
5
                Plaintiff,
6
        v.
7
   FIRST USA, N.A. ET AL et al,
8
                Defendant.
9  _____/

10
                                        Case Number: CV10-00975 SBA
11
                                        **CERTIFICATE OF SERVICE**
12

13 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.
14
   That on June 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
15 copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
16 located in the Clerk's office.

17

18

19 Kamlesh Banga
   P.O. Box 6025
20 Vallejo, CA 94591

21
   Dated: June 24, 2010
22                                      Richard W. Wieking, Clerk

23                                      By: LISA R CLARK, Deputy Clerk

24

25

26

27

28

- 3 -