UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>    Plaintiff,<br><br>  vs.<br><br>FIRST USA, N.A., et al.,<br><br>    Defendants. | Case No: C 10-00975 SBA<br><br>**ORDER** |

    IT IS HEREBY ORDERED THAT the October 5, 2010 motion hearing on Defendant Chase Bank USA, N.A.'s Motion to Award Defendant Chase Bank USA, N.A. Its Costs in Defending a Previous Action Based on the Same Claims and to Stay Action Pending Plaintiff's Compliance (Dkt. 31) is VACATED, as Defendant's motion has been referred to Magistrate Judge Laurel Beeler.

    IT IS SO ORDERED.

Dated: September 28, 2010

                                                      SAUNDRA BROWN ARMSTRONG<br>
                                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BANGA et al,

       Plaintiff,

  v.

FIRST USA, N.A. ET AL et al,

       Defendant.
                                      /

Case Number: CV10-00975 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Dated: September 28, 2010
                                      Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk