# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| BANGA, | No. C 10-00975 SBA (LB) |
| Plaintiff, | **ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION FOR RULE 41(D) COSTS** |
| v. | |
| FIRST USA, N.A., *et al.*, | |
| Defendants. | |

Oral argument on Defendants' Motion for Rule 41(d) Costs is currently scheduled for December 2, 2010 at 11:00 a.m. in Courtroom 4. *See* ECF No. 52. The Court **HEREBY RESCHEDULES** oral argument on Defendants' Motion to December 2, 2010 at 10:00 a.m. in Courtroom 1.

**IT IS SO ORDERED.**

Dated: November 22, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 10-00975