UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>    Plaintiff,<br><br>  vs.<br><br>FIRST USA, NA & CHASE BANK USA, NA and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No: C 10-0975 SBA<br><br>**ORDER**<br><br>Docket 123, 124 |

On May 28, 2013, Plaintiff filed a third amended complaint ("TAC"). Dkt. 120. On June 24, 2013, Plaintiff filed a motion to compel Defendants to answer the TAC or, in the alternative, motion for entry of default. Dkt. 123. On June 25, 2013, Defendant Chase Bank USA, N.A. ("Defendant") filed a motion to strike the TAC. Dkt. 124.

Rule 15 of the Federal Rules of Civil Procedure provides that in all cases where, as here, a party does not have the right to amend as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed.R.Civ.P. 15(a)(2). Accordingly, because Plaintiff did not receive Defendant's written consent or the Court's leave to amend her pleading, the Court STRIKES the TAC from the record. See Ready Transp., Inc. v. AAR Mfg., Inc., 627 F.3d 402, 404-405 (9th Cir. 2010) (courts have the inherent authority to strike improper documents); see also Centillium Comms., Inc. v. Atlantic Mut. Ins. Co., 2008 WL 728639, at *6 (N.D. Cal. 2008) (striking improperly filed motion). This Order terminates Docket 123 and Docket 124.

IT IS SO ORDERED.

Dated: 6/28/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BANGA et al,

      Plaintiff,

 v.

FIRST USA, N.A. ET AL et al,

      Defendant.
_____/

Case Number: CV10-00975 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 28, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamlesh Banga
P.O. Box 5656
Vallejo, CA 94591

Dated: June 28, 2013

                                        Richard W. Wieking, Clerk

                                                By: Lisa Clark, Deputy Clerk