UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>    Plaintiff,<br><br>    vs.<br><br>FIRST USA, NA & CHASE BANK USA, NA and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No:  C 10-0975 SBA<br><br>**ORDER**<br><br>Docket 131 |

   Pursuant to the parties' stipulation (Dkt. 131), IT IS HEREBY ORDERED THAT the Clerk of the Court shall file the proposed third amended complaint submitted by Plaintiff. Dkt. 131-1.  Defendant Chase Bank USA shall file a response to the third amended complaint by no later than fourteen (14) days after the third amended complaint is filed.  This Order terminates Docket 131.

   IT IS SO ORDERED.

Dated: 9/13/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge