GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
75 Broadway, Suite 202
San Francisco, CA  94111
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email:        gweickhardt@rmkb.com
              wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A., sued erroneously herein
as FIRST USA, NA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>           Plaintiff,<br><br>v.<br><br>FIRST USA, NA & CHASE BANK USA,<br>NA and DOES 1 through 10 inclusive,<br><br>          Defendants. | CASE NO.  4:10-cv-00975-SBA<br><br>**ORDER GRANTING CHASE BANK USA,<br>N.A.'S MISCELLANEOUS<br>ADMINISTRATIVE REQUEST TO FILE<br>CONFIDENTIAL DOCUMENTS LODGED<br>WITH THIS COURT UNDER SEAL**<br><br>No Hearing |

Chase Bank USA, N.A.'s Miscellaneous Administrative Request to Seal Confidential

Documents filed in connection with its motion or summary judgment ("Administrative Request

for Seal Document") was duly considered by this Court.

IT IS HEREBY ORDERED THAT:

The Court grants Chase's Administrative Request to seal Exhibit A filed in support of

Chase's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   10/24/2013

_____
THE HON. SANDRA BROWN ARMSTRONG
U.S. DISTRICT JUDGE