1  GEORGE G. WEICKHARDT (SBN 58586)
   WENDY C. KROG (SBN 257010)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   75 Broadway, Suite 202
3  San Francisco, CA  94111
   Telephone:    (415) 543-4800
4  Facsimile:    (415) 972-6301
   Email:        gweickhardt@rmkb.com
5                wkrog@rmkb.com

6  Attorneys for Defendant
   CHASE BANK USA, N.A., sued erroneously herein
7  as FIRST USA, NA

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | KAMLESH BANGA,                              | CASE NO.  4:10-cv-00975-SBA
12 |        Plaintiff,                           | **ORDER MODIFYING PREVIOUS ORDER GRANTING CHASE BANK USA, N.A.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENTS LODGED WITH THIS COURT UNDER SEAL**
13 | v.                                          |
14 | FIRST USA, NA & CHASE BANK USA, NA and DOES 1 through 10 inclusive, |
15 |                                             |
   |        Defendants.                          | No Hearing
16

17

18

19

20

21       Chase Bank USA, N.A.'s Miscellaneous "Administrative Request to File Confidential

22 Documents Lodged With This Court Under Seal" filed in connection with its motion for summary

23 judgment ("Administrative Request ") was duly considered by this Court.

24       IT IS HEREBY ORDERED THAT:

25       The Court hereby vacates it previous order granting the Administrative Request (Docket

26 141).

27       This Court grants Chase's Administrative Request to seal Exhibits A-K to the Declaration

28 of Kimberly L. Gormley and Exhibits N-Q to the Declaration of George G. Weickhardt filed in

1  support of Chase's Motion for Summary Judgment.

2      IT IS SO ORDERED.

Dated: 10/28/2013

*Sandra B Armstrong*
THE HON. SANDRA BROWN ARMSTRONG
U.S. DISTRICT JUDGE