GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
75 Broadway, Suite 202
San Francisco, CA 94111
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A., sued erroneously herein
as FIRST USA, NA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST USA, NA & CHASE BANK USA, NA and DOES 1 through 10 inclusive,<br><br>    Defendants. | CASE NO. 4:10-cv-00975-SBA<br><br>**CHASE BANK USA, N.A.'S EX PARTE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; DECLARATION OF GEORGE G. WEICKHARDT; PROPOSED ORDER**<br><br>No Hearing |

GEORGE G. WEICKHARDT DECLARES:

    1.    I am an attorney at law duly authorized to practice before this Court, and I am employed by the law firm of Ropers, Majeski, Kohn & Bentley, counsel of record for defendant CHASE BANK USA, N.A., in the above-entitled action. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

    2.    Defendant Chase Bank USA, N.A. hereby requests leave to file a reply brief beyond the deadline provided in the local rules in support of its motion for summary judgment. Chase's motion was filed and served on October 22, 2013 (Docket No. 139), noticing the hearing for December 3, 2013. Under the Local Rules, Plaintiff's opposition due no later than November

1    8, 2013. Most of the opposition was filed on November 18, 2013 (Docket Nos. 150-152) and
2    portions of it were even filed on November 20, 2013 (Docket Nos. 155-156), more than ten days
3    after the deadline.

4        3.    On November 22, the Court vacated the hearing scheduled for December 3, 2013
5    and took the matter under submission on the papers (Docket No. 158).

6        4.    Because plaintiff's opposition to the motion was filed 10 days or more after the
7    deadline provided in the local rules, Chase was unable to file a reply before the Court took the
8    matter under submission.

9        5.    Chase accordingly requests leave of Court to file the reply that is attached hereto
10   as Exhibit A in support of its motion. Chase should not be deprived of the right to file a reply just
11   because the plaintiff was so late in filing her opposition. If the Court is going to consider Banga's
12   late-filed opposition (which Chase has requested the Court not to do), then fairness and justice
13   require that the Court also consider Chase's reply. Chase's reply will also assist the Court in
14   evaluating the motion for summary judgment, because the reply describes the many flaws in the
15   opposition, including the fact that virtually all of the evidence presented by plaintiff is
16   inadmissible and a large part of it is submitted in violation of a protective order in another case.

17   I declare under penalty of perjury under the laws of the United States of America that the
18   forgoing is true and correct and that this declaration was executed in the City and County of San
19   Francisco, State of California on November 25, 2013.

20             /s/ George G. Weickhardt
          GEORGE G. WEICKHARDT

## ORDER

24   Chase Bank USA, N.A. is hereby authorized to file the reply in support of its motion for
25   summary judgment which is attached to the above ex parte application.

27   *Saundra B Armstrong*
    THE HONORABLE SAUNDRA BROWN ARMSTRONG
28       Judge of the United States District Court

RC1/7215778.1/DJ2      - 2 -      CHASE BANK'S REPLY MPA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT