UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FIRST USA, NA & CHASE BANK USA, NA and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No: C 10-0975 SBA<br><br>**ORDER**<br><br>Docket 176 |

On January 3, 2014, Defendant Chase Bank USA, N.A. ("Chase") filed an ex parte application seeking an extension of the deadlines for pretrial filings in this action until after the Court decides Chase's motion for summary judgment. Dkt. 176. To date, Plaintiff Kamlesh Banga has not filed an opposition. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Chase's ex parte application is GRANTED.

2. The pretrial conference and trial date are VACATED. The Court will reschedule, if necessary, the pretrial conference, the deadlines for pretrial filings, and the trial date following the resolution of Chase's motion for summary judgment.

3. This Order terminates Docket 176.

IT IS SO ORDERED.

Dated: 1/7/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge