GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
75 Broadway, Suite 202
San Francisco, CA  94111
Telephone:  (415) 543-4800
Facsimile:  (415) 972-6301
Email:  gweickhardt@rmkb.com
 wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A., sued erroneously herein
as FIRST USA, NA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>  Plaintiff,<br><br>v.<br><br>FIRST USA, NA & CHASE BANK USA, NA and DOES 1 through 10 inclusive,<br><br>  Defendants. | CASE NO.  4:10-cv-00975-SBA<br><br>**ORDER RE MOTION TO QUASH SUBPOENAS**<br><br>No Hearing |

The Court has considered Defendant Chase Bank USA's Ex Parte Motion to Vacate Further Briefing and Hearing of Defendant's Motion to Quash Subpoena served on non-parties. Good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

That the hearing on Defendant's Motion to Quash set for January 28, 2014, at 1:00 p.m. is hereby vacated and that further briefing on the motion is stayed unless and until the Court resets the present matter for trial.

Dated:  1/10/2014

_Sandra B. Armstrong_
THE HON. SANDRA BROWN ARMSTRONG
U.S. DISTRICT JUDGE