UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>    Plaintiff,<br><br>  vs.<br><br>FIRST USA, NA & CHASE BANK USA, NA and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No: C 10-0975 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order on Chase Bank USA, N.A.'s motion for summary judgment (Dkt. 184), IT IS HEREBY ORDERED THAT final judgment shall be entered in favor of Chase Bank USA, N.A. and against Plaintiff Kamlesh Banga.

IT IS SO ORDERED.

Dated: 4/2/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge